IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60812
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONNIE MONTGOMERY,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:97-CR-70-1-S
- - - - - - - - - -
September 17, 1998

Before REAVLEY, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Ronnie Montgomery appeals his sentence for distribution of a Schedule II controlled substance. He argues that the district court erred in assessing a two-point enhancement under U.S.S.G. § 3C1.1 for obstruction of justice and in not giving him a two-point reduction under § 3E1.1(a) for acceptance of responsibility.

We have reviewed the record and the briefs of the parties and conclude that the district court did not clearly err in applying these guidelines. The evidence was sufficient to find

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that the defendant took part in an aggravated assault on a potential witness.  The judgment of the district court is AFFIRMED.